AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Nicole Marie Hill<br><br>*Defendant* | )<br>)  Case No. 2:21cr101<br>)<br>)  FID # 11321099<br>)  ATF<br>) |

*ORIGINAL* (stamp)
*RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION 2021 OCT 21 A 10: 45*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Nicole Marie Hill,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:922(g)(1) and 924(a)(2) - Felon in Possession of Firearm (Count One, et al)
T.18:1512(b)(1), (b)(2)(D), (b)(2), (a)(2)(A), (a)(2)(B)(i), (a)(2)(C) - Witness Tampering (Counts Two through Seven)
T.18:1513(b)(2) - Witness Retaliation Causing Physical Injury and Damaging Tangible Property (Count Eight)
T.18:1512 (c)(2) - Obstruction of Justice

Date: 10/21/2021                                                              *[signature]*
                                                                              *Issuing officer's signature*

City and state:  Norfolk, Virginia                               Lawrence R. Leonard, U.S. Magistrate Judge
                                                                              *Printed name and title*

### Return

This warrant was received on *(date)* Oct 21 2021, and the person was arrested on *(date)* Jul 10 2023
at *(city and state)* Norfolk VA.

Date: Jul 11 2023                                                          *[signature]*
                                                                              *Arresting officer's signature*

                                                                              D. Payne  DUSM
                                                                              *Printed name and title*